**<u>EXHIBIT C</u>**

MASTER FINAL

**EXECUTION COPY**

**ASSET PURCHASE AGREEMENT**

**AMONG**

**IDT WINSTAR ACQUISITION, INC.,**

**WINSTAR COMMUNICATIONS, INC.**

**AND**

**CERTAIN OF ITS SUBSIDIARIES**
**SET FORTH ON APPENDIX I HERETO**

**DATED AS OF DECEMBER 18, 2001**

good faith to modify this Agreement so as to effect the original intent of the parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the fullest extent possible.

Section 9.9    *Governing Law*. This Agreement shall be governed by and construed in accordance with the laws of the State of New York (regardless of the laws that might otherwise govern under applicable New York principles of conflicts of law) as to all matters, including but not limited to matters of validity, construction, effect, performance and remedies.

Section 9.10    *Submission to Jurisdiction*. The parties hereto irrevocably submit to the exclusive jurisdiction of the Bankruptcy Court (or any court exercising appellate jurisdiction over the Bankruptcy Court) over any dispute arising out of or relating to this Agreement or any other agreement or instrument contemplated hereby or entered into in connection herewith or any of the transactions contemplated hereby or thereby. Each party hereby irrevocably agrees that all claims in respect of such dispute or proceedings may be heard and determined in such dispute or proceedings may be heard and determined in such courts. The parties hereby irrevocably waive, to the fullest extent permitted by applicable law, any objection which they may now or hereafter have to the laying of venue of any such dispute brought in such court or any defense of inconvenient forum in connection therewith.

Section 9.11    *Counterparts*. This Agreement may be executed and delivered (including by facsimile transmission) in one or more counterparts, and by the different parties hereto in separate counterparts, each of which, when executed and delivered, shall be deemed to be an original but all of which taken together shall constitute one and the same agreement.

Section 9.12    *Incorporation of Schedule and Exhibits*. The Disclosure Schedule and all Exhibits attached hereto and referred to herein are hereby incorporated herein by reference and made a part of this Agreement for all purposes as if fully set forth herein.

Section 9.13    *Entire Agreement*. This Agreement (including the Exhibits and the Disclosure Schedule) and the Confidentiality Agreement constitute the entire agreement among the parties with respect to the subject matter hereof and supersede all prior agreements and understandings among the parties with respect thereto.

Section 9.14    *Headings*. The descriptive headings contained in this Agreement are included for convenience of reference only and shall not affect in any way the meaning or interpretation of this Agreement.

Section 9.15    *Remedies*. Subject to Section 9.3, the Sellers and the Buyer hereby acknowledge and agree that money damages may not be an adequate remedy for any breach or threatened breach of any of the provisions of this Agreement and that, in such event, the Sellers or their successors or assigns, or the Buyer or its successors or assigns, as the case may be, may, in addition to any other rights and remedies existing in their favor, apply to the Bankruptcy Court or any other court of competent jurisdiction for specific performance, injunctive and/or other relief in order to enforce or prevent any violations of this Agreement.

Section 9.16    *Bulk Sales or Transfer Laws*. The Buyer hereby waives compliance by the Sellers with the provisions of the bulk sales or transfer laws of all applicable jurisdictions.

27

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first above written by their respective officers thereunto duly authorized.

IDT WINSTAR ACQUISITION, INC.

By: _____

Name: Charles HF Gane

Title: President

WINSTAR COMMUNICATIONS, INC.

By: _____

Name: T. R. Graham

Title: Executive Vice President

WINSTAR WIRELESS, INC.

By: _____

Name: T. R. GRAHAM

Title: VICE PRESIDENT

WCI CAPITAL CORP.

By: _____

Name: T. R. GRAHAM

Title: VICE PRESIDENT

WINSTAR EQUIPMENT CORP.

By: _____

Name: T. R. GRAHAM

Title: VICE PRESIDENT

WINSTAR EQUIPMENT II CORP.

By:_____

    Name: T. R. GRAHAM
    Title: VICE PRESIDENT


WINSTAR GOVERNMENT SOLUTIONS, LLC.

By:_____

    Name: T. R. GRAHAM
    Title: VICE PRESIDENT


WINSTAR LMDS, LLC

By:_____

    Name: T. R. GRAHAM
    Title: VICE PRESIDENT


WINSTAR NETWORK EXPANSION, LLC

By:_____

    Name: T. R. GRAHAM
    Title: VICE PRESIDENT


WINSTAR WIRELESS FIBER CORP.

By:_____

    Name: T. R. GRAHAM
    Title: VICE PRESIDENT


WINSTAR WIRELESS OF DELAWARE, LLC

By:_____

    Name: T. R. GRAHAM
    Title VICE PRESIDENT

WINSTAR WIRELESS OF GEORGIA, LLC

By:
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR WIRELESS OF INDIANA, LLC

By:
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR WIRELESS OF NEW JERSEY, LLC

By:
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR WIRELESS OF NEW YORK, LLC

By:
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR WIRELESS OF PENNSYLVANIA, LLC

By:
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR WIRELESS OF VIRGINIA, LLC

By:
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR WIRELESS OF WEST VIRGINIA,
LLC

By: _____
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WWI LICENSE HOLDING, INC.

By: _____
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WVF-CPQ 1, LLC

By: _____
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WVF-CSC 1, LLC

By: _____
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WVF-DL 1, LLC

By: _____
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WVF-LU 2, LLC

By: _____
Name: T. R. GRAHAM
Title: VICE PRESIDENT

WVF-I LLC

By: _____

Name: T. R. GRAHAM
Title: VICE PRESIDENT


WINSTAR CREDIT CORP.

By: _____

Name: T. R. GRAHAM
Title: VICE PRESIDENT


WINSTAR INTERNATIONAL, INC.

By: _____

Name: T. R. GRAHAM
Title: VICE PRESIDENT


WINSTAR MIDCOM ACQUISITION CORP.

By: _____

Name: T. R. GRAHAM
Title: VICE PRESIDENT


WINSTAR NEW MEDIA COMPANY, INC.

By: _____

Name: T. R. GRAHAM
Title: VICE PRESIDENT


WINSTAR INTERACTIVE VENTURES I, INC.

By: _____

Name: T. R. GRAHAM
Title: VICE PRESIDENT

WINSTAR PUERTO RICO, INC.

By:_____
    Name: T. R. GRAHAM
    Title: VICE PRESIDENT