# **EXHIBIT E**

HF 3651621v.1 #10069/0000

HERRICK, FEINSTEIN LLP
Andrew C. Gold (AG-4875)
2 Park Avenue
New York, NY 10016
(212) 592-1400
*Attorneys for Defendant,*
*Impala Partners, LLC*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ x

WINSTAR HOLDINGS, LLC and
IDT CORP.,

                Plaintiffs,

-against-

THE BLACKSTONE GROUP LP; IMPALA
PARTNERS, LLC; and CITICORP,

                Defendants.
------------------------------------------------------------ x

Index No. 601582/07

Civil Action

**NOTICE OF FILING**
**OF NOTICE OF REMOVAL**

TO THE CLERK OF THE SUPREME COURT:

        PLEASE TAKE NOTICE that the within matter has been removed this day to the United States District Court for the District of New York based upon the Notice of Removal (the "Notice") annexed hereto as **Exhibit A**. Upon filing the Notice, Defendant Impala Partners, LLC has effected removal pursuant to 28 U.S.C. §§ 1441, 1446 and 1452.

Dated: June___, 2007

                                              Respectfully submitted,

                                              HERRICK, FEINSTEIN LLP
                                              Attorneys for Defendant
                                              Impala Partners, LLC

                                              By: _____
                                                   Andrew C. Gold (ACG-4875)
                                              2 Park Avenue
                                              New York, NY 10016
                                              (212) 592-1400

HF 3652173v.1 #10069/0000

**EXHIBIT A**

HF 3652173v.1 #10069/0000

**EXHIBIT A**