HERRICK, FEINSTEIN LLP
Andrew C. Gold (ACG-4875)
2 Park Avenue
New York, NY 10016
(212) 592-1400
*Attorneys for Defendant,*
*Impala Partners, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

WINSTAR HOLDINGS, LLC and :
IDT CORP., :     **RULE 7.1 STATEMENT**
:
Plaintiffs, :
:
-against- :
:
THE BLACKSTONE GROUP LP; IMPALA :
PARTNERS, LLC; and CITICORP, :
:
Defendants. :
----------------------------------------------------------- x

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Impala Partners, LLC (a private non-governmental party) (the "Defendant") certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendant which are publicly held.

Dated:   New York, New York
         June 1, 2007

                                            HERRICK, FEINSTEIN LLP

                                            By: _____
                                                Andrew C. Gold (ACG-4875)
                                            Attorneys for Defendant
                                            Two Park Avenue
                                            New York, New York 10016
                                            (212) 592-1400

HF 3655984v.1 #10069/0000