LM45.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINSTAR HOLDINGS, LLC and
IDT CORP.,

    Plaintiffs,

-against-

THE BLACKSTONE GROUP LP;
IMPALA PARTNERS, LLC; and
CITICORP,

    Defendants.

Case No. 07 Civ. 4634 (GEL)

**STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs Winstar Holdings, LLC and IDT Corp., and defendants The Blackstone Group LP ("Blackstone"), Impala Partners, LLC ("Impala"), and Citicorp, by and through their undersigned counsel, that the time for defendants Blackstone, Impala and Citicorp to move, answer, or otherwise respond to plaintiffs' complaint in the above-captioned matter is extended to June 25, 2007.

The original date for defendants to move, answer, or otherwise respond to plaintiffs' complaint was June 11, 2007.

No prior extension of time to respond to the complaint has previously been sought by defendants Blackstone, Impala, or Citicorp.

Facsimile signatures herein shall be deemed originals.

IIF 3665118v.1 #10069/0007 06/08/2007 01:13 PM

Dated: New York, New York
June 8, 2007

| | |
|---|---|
| GRAYSON & KUBLI, P.C<br><br>*/s/ Melissa Roover/*<br>Melissa Roover (MR - 1163)<br>1420 Spring Hill Road, Suite 230<br>McLean, VA 22102<br>Telephone: (703) 749-0000<br><br>and<br><br>Philip C. Silverberg<br>Gretchen Henninger<br>MOUND COTTON WOLLAN<br>& GREENGRASS<br>One Battery Park Plaza<br>New York, NY 10004-1486<br>Telephone: (212) 804-4200<br><br>*Attorneys for Plaintiffs*<br>*Winstar Holdings, LLC and*<br>*IDT Corp.* | KIRKLAND & ELLIS LLP<br><br>Yosef Riemer (YR-5974)<br>Vickie Reznik (VR-1897)<br>David Flugman (DF-9884)<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Attorneys for Defendant The Blackstone Group LP*<br><br>HERRICK, FEINSTEIN LLP<br><br>Stephen M. Rathkopf (SR - 6189)<br>Andrew C. Gold (AG - 4875)<br>John Oleske (JO - 0995)<br>2 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 592-1400<br>Facsimile: (212) 592-1500<br><br>*Attorneys for Defendant Impala Partners LLC*<br><br>CITICORP<br><br>Kathleen McCarthy (KM-    )<br>399 Park Avenue<br>New York, New York 10043<br>Telephone: (212) 816-0068<br><br>*Attorneys for Defendant Citicorp* |

SO ORDERED this ___ day of _____ 2007

_____
United States District Judge

Dated: New York, New York
       June 8, 2007

GRAYSON & KUBLI, P.C

---

Melissa Roover (MR -    )
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Telephone: (703) 749-0000

and

Philip C. Silverberg
Gretchen Henninger
MOUND COTTON WOLLAN
& GREENGRASS
One Battery Park Plaza
New York, NY 10004-1486
Telephone: (212) 804-4200

*Attorneys for Plaintiffs
Winstar Holdings, LLC and
IDT Corp.*

KIRKLAND & ELLIS LLP

---

Yosef Riemer (YR-5974)
Vickie Reznik (VR-1897)
David Flugman (DF-9854)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant The Blackstone
Group LP*

HERRICK, FEINSTEIN LLP

---

Stephen M. Rathkopf (SR - 6189)
Andrew C. Gold (AG - 4875)
John Oleske (JO - 0995)
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant Impala Partners
LLC*

CITICORP

---

Kathleen McCarthy (KM-    )
399 Park Aveneue
New York, New York 10043
Telephone: (212) 816-0068

*Attorneys for Defendant Citicorp*

SO ORDERED this ___ day of _____ 2007

_____
United States District Judge

HF 3665118v.1 #10069/0007 06/08/2007 01:13 PM         -2-

Dated: New York, New York
June 8, 2007

GRAYSON & KUBLI, P.C

---

Melissa Roover (MR -    )
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Telephone: (703) 749-0000

and

Philip C. Silverberg
Gretchen Henninger
MOUND COTTON WOLLAN
& GREENGRASS
One Battery Park Plaza
New York, NY 10004-1486
Telephone: (212) 804-4200

*Attorneys for Plaintiffs
Winstar Holdings, LLC and
IDT Corp.*

KIRKLAND & ELLIS LLP

---

Yosef Riemer (YR-5974)
Vickie Reznik (VR-1897)
David Flugman (DF-9884)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant The Blackstone
Group LP*

HERRICK, FEINSTEIN LLP

---

Stephen M. Rathkopf (SR - 6189)
Andrew C. Gold (AG - 4875)
John Oleske (JO - 0995)
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant Impala Partners
LLC*

CITICORP

---

Kathleen McCarthy (KM-    )
399 Park Avenue
New York, New York 10043
Telephone: (212) 816-0068

*Attorneys for Defendant Citicorp*

SO ORDERED this __ day of _____ 2007

---

United States District Judge

Dated: New York, New York
June 8, 2007

GRAYSON & KUBLI, P.C

---

Melissa Roover (MR - )
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Telephone: (703) 749-0000

and

Philip C. Silverberg
Gretchen Henninger
MOUND COTTON WOLLAN
& GREENGRASS
One Battery Park Plaza
New York, NY 10004-1486
Telephone: (212) 804-4200

*Attorneys for Plaintiffs
Winstar Holdings, LLC and
IDT Corp.*

KIRKLAND & ELLIS LLP

---

Yosef Riemer (YR-5974)
Vickie Reznik (VR-1897)
David Flugman (DF-9884)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant The Blackstone
Group LP*

HERRICK, FEINSTEIN LLP

---

Stephen M. Rathkopf (SR - 6189)
Andrew C. Gold (AG - 4875)
John Oleske (JO - 0995)
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant Impala Partners
LLC*

CITICORP

Kathleen McCarthy (KM-7064)
388 Greenwich, 17th Floor
New York, New York 10013
Telephone: (212) 816-0068

*Attorney for Defendant Citicorp*

SO ORDERED this 12th day of June 2007

United States District Judge

-2-

HP 366511 8v.1 #10069/0007 06/08/2007 01:13 PM