UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WINSTAR HOLDINGS, LLC AND IDT CORP., <br><br> *Plaintiffs,* <br><br> v. <br><br> THE BLACKSTONE GROUP LP; IMPALA PARTNERS, LLC; AND CITICORP, <br><br> *Defendants.* | Case No. 07 CV 4634 (GEL)(AJP) <br><br> ECF Case |

**CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANT THE BLACKSTONE GROUP L.P.**

Pursuant to Fed. R. Civ. P. 7.1, The Blackstone Group L.P. discloses as follows:

1. As of March 12, 2007, the entity formerly known as "The Blackstone Group L.P." was renamed "Blackstone Advisory Services L.P." The parent company of Blackstone Advisory Services L.P. (f/k/a The Blackstone Group L.P.), is currently The Blackstone Group Inc. Currently, no public company holds a 10 percent or greater interest in Blackstone Advisory Services L.P

2. At the time of this filing, an Initial Public Offering ("IPO") for The Blackstone Group L.P. is scheduled to take place on June 22, 2007. After the IPO becomes effective, the ultimate parent of Blackstone Advisory Services L.P. will be The Blackstone Group L.P. The Blackstone Group L.P. will be a publicly traded entity, holding a 10 percent or greater interest in Blackstone Advisory Services L.P.

Date:   June 21, 2007	Respectfully submitted,

	s/ David Flugman
	‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
	Yosef J. Riemer (YR 5974)
	Vickie Reznik (VR 1897)
	David S. Flugman (DF 9884)

	KIRKLAND & ELLIS LLP
	Citigroup Center
	153 East 53rd Street
	New York, New York 10022
	(212) 446-4800
	(212) 446-4900 Fax

	*Attorneys for Defendant*
	*The Blackstone Group LP*

2