**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WINSTAR HOLDINGS LLC and IDT CORP.,**<br>***Plaintiffs*****,**<br>**- against -**<br>**THE BLACKSTONE GROUP L.P.; IMPALA PARTNERS, LLC; and CITICORP,**<br>***Defendants*****.** | **Case No.: 07 CV 4634 (GEL)(AJP)**<br>**ECF Case** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of David S. Flugman and memorandum of law, the undersigned will move before the Honorable Gerald E. Lynch, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order to transfer venue to the United States District Court for the District of Delaware in order that it be referred to the United States Bankruptcy Court for the District of Delaware, pursuant to 28 U.S.C. § 1406(a), or in the alternative, 28 U.S.C. § 1404(a).

Dated: June 21, 2007

s/ Yosef. J. Riemer

Yosef J. Riemer
Vickie Reznik
David S. Flugman

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant*
*The Blackstone Group L.P.*

s/ Stephen M. Rathkopf

Stephen M. Rathkopf
Andrew C. Gold
John Oleske

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant*
*Impala Partners, LLC*

s/ Stephen L. Saxl

Stephen L. Saxl
William Wargo

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Defendant Citigroup, Inc., as successor by merger to Citicorp*