# EXHIBIT C

LEAD, MEGA, APPEAL, CONVERTED, CLMSAGNT, Sealed Doc(s)

**U.S. Bankruptcy Court**
**District of Delaware (Delaware)**
**Bankruptcy Petition #: 01-01430-KJC**

*Assigned to:* Kevin J. Carey                                    *Date Filed:* 04/18/2001
Chapter 7                                                        *Date Converted:* 01/24/2002
Previous chapter 11
Voluntary
Asset

*Debtor*                                        represented by **Brendan Linehan Shannon**
WINSTAR COMMUNICATIONS, INC.                    Young, Conaway, Stargatt & Taylor
685 Third Avenue                                The Brandywine Bldg.
New York, NY 10017                              1000 West Street, 17th Floor
SSN:                                            PO Box 391
Tax id: 13-3585278                              Wilmington, DE 19899-0391
                                                usa
                                                302 571-6600
                                                Fax : 302-571-1253
                                                Email: bankruptcy@ycst.com
                                                *TERMINATED: 10/18/2006*

                                                **Christopher A. Ward**
                                                The Bayard Firm
                                                500 Delaware Avenue
                                                8th Floor
                                                Wilmington, DE 19801
                                                usa
                                                302-655-5000
                                                Fax : 302-658-6395
                                                Email: bankserve@bayardfirm.com

                                                **David C. Albalah**
                                                Bracewell & Giuliani LLP
                                                1177 Avenue of Americas
                                                New York, NY 10036
                                                212-508-6100
                                                Fax : 212-508-6101
                                                Email:
                                                david.albalah@bracewellgiuliani.com

                                                **Edward J. Kosmowski**
                                                Young, Conaway, Stargatt & Taylor
                                                1000 West Street, 17th Floor
                                                PO Box 391
                                                Wilmington, DE 19899
                                                usa

302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Edwin J. Harron**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
usa
302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**M. Blake Cleary**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
usa
302-571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Michael R. Lastowski**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
302-657-4900
Fax : 302-657-4901
Email: mlastowski@duanemorris.com

**Michael G. Menkowitz**
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, PA 19103
usa
215-299-2756
Fax : 215-299-2150
Email: mmenkowitz@frof.com

**Pauline K. Morgan**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391
usa

|  |  |
|---|---|
| | 302 571-6600<br>Fax : 302-571-1253<br>Email: bankruptcy@ycst.com |
| | **Sheldon K. Rennie**<br>Fox Rothschild LLP<br>919 market Street<br>Suite 1300<br>Wilmington, DE 19801<br>302-654-7444<br>Fax : 302-656-8920<br>Email: bankruptcy@frof.com |
| | **William K. Harrington**<br>Duane Morris, LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>302-657-4900<br>Fax : 302-657-4901 |
| *Trustee*<br>**Christine Shubert**<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>856-983-7735 | represented by **Francis G. X. Pileggi**<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>usa<br>302-654-7444<br>Fax : 302-656-8920<br>Email: fpileggi@foxrothschild.com<br>*TERMINATED: 12/03/2004* |
| | **James F. Bailey, Jr**<br>James F. Bailey & Associates, P.A.<br>Suite 306A<br>3 Mill Road<br>Wilmington, DE 19806<br>302-658-5686<br>Fax : 302-658-8051<br>*TERMINATED: 10/26/2006* |
| | **Jonathan M. Stemerman**<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>215-665-2142<br>Fax : 215-701-2241<br>Email: jstemerman@cozen.com |
| | **L. Jason Cornell**<br>Fox Rothschild LLP |

919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
302-654-7444
Fax : 302-656-8920
Email: jcornell@frof.com

**Magdalena Schardt**
Fox Rothschild O'Brien & Frankel LL
2000 Market Street
10th Floor
Philadelphia, PA 19103
usa
215-299-2009
Fax : 215-299-2150
Email: mschardt@frof.com

**Michael G. Menkowitz**
(See above for address)

**Raymond Howard Lemisch**
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801
302.442.7010
Fax : 302.442.7012
Email: rlemisch@bfca.com

**Raymond Howard Lemisch**
Adelman Lavine Gold and Levin, PC
919 N. Market Street, Suite 710
Wilmington, DE 19801
302-654-8200
Fax : 302-654-8217
Email: rlemisch@adelmanlaw.com

**Sheldon K. Rennie**
Fox Rothschild LLP
919 N. Market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: srennie@foxrothschild.com

**Sheldon K. Rennie**
Fox Rothschild
919 North Market Street

|  |  |
|---|---|
| | Suite 1300<br>Wilmington, DE 19801<br>302-654-7444<br>Fax : 302-656-8920<br>Email: bankruptcy@frof.com |
| | **Sheldon K. Rennie**<br>(See above for address) |
| *Trustee*<br>**Christine C. Shubert, as Chapter 7 Trustee** | represented by **Daniel K. Astin**<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899<br>302-622-4212<br>Fax : 302-658-6395<br>Email: dastin@foxrothschild.com |
| | **Magdalena Schardt**<br>(See above for address) |
| | **Raymond Howard Lemisch**<br>(See above for address) |
| | **Sheldon K. Rennie**<br>(See above for address) |
| | **Sheldon K. Rennie**<br>(See above for address) |
| *U.S. Trustee*<br>**U.S. TRUSTEE**<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491 | |
| *Creditor Committee*<br>**Former Counsel to the Official Committee of Unsecured Creditors** | represented by **Christopher A. Ward**<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19899<br>usa<br>302-655-5000<br>Fax : 302-658-6395<br>Email: bankserve@bayardfirm.com |

| 04/17/2007 | 4739 | Certificate of No Objection *to the Motion of the Law Offices of Andrew Sklar, P.C. Special Counsel to the Trustee, for Allowance and Payment of Fourth Interim Compensation* (related document(s)4738 ) Filed by Christine C. Shubert, as Chapter 7 Trustee. (Rennie, Sheldon) (Entered: 04/17/2007) |
|---|---|---|
| 04/17/2007 | 4740 | Notice of Agenda of Matters Scheduled for Hearing Filed by Christine C. Shubert, as Chapter 7 Trustee. Hearing scheduled for 4/24/2007 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Certificate of Service) (Rennie, Sheldon) (Entered: 04/17/2007) |
| 04/18/2007 | 4741 | Motion to Authorize *Herrick, Feinstein LLP and Impala Partners, LLC to enter into Agreement* Filed by Herrick, Feinstein LLP. Hearing scheduled for 5/16/2007 at 02:00 PM at US District Court, 844 King St., Courtroom #5, Wilmington, Delaware. Objections due by 5/11/2007. (Attachments: # 1 Notice of Motion# 2 Proposed Form of Order # 3 Certificate of Service) (August, John) (Entered: 04/18/2007) |
| 04/20/2007 | 4742 | Notice To Substitute Attorney */Notice of Association of Counsel* Filed by Terry Roberts. (Roberts, Terri) (Entered: 04/20/2007) |
| 04/24/2007 | 4743 | Order Allowing Fourth Interim Compensation to the Law Offices of Andrew Sklar, P.C. Special Counsel to the Trustee. (related document (s)4738 ) Order Signed on 4/23/2007. (LCN, ) (Entered: 04/24/2007) |
| 04/24/2007 | 4744 | Affidavit *(Supplemental) of Sheldon L. Solow on behalf of Kaye Scholer LLP as Attorneys for the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 2014* (related document(s)2016, 2472 ) Filed by Christine C. Shubert, as Chapter 7 Trustee. (Attachments: # 1 Certificate of Service) (Schardt, Magdalena) (Entered: 04/24/2007) |
| 05/11/2007 | 4745 | Objection to *Motion of Herrick, Feinstein LLP and Impala Partners, LLC for Authority to Enter Into Agreement to Share Their Professional Fees* (related document(s)4741 ) Filed by U.S. TRUSTEE (Attachments: # 1 Certificate of Service) (Kenney, Mark) (Entered: 05/11/2007) |
| 05/14/2007 | 4746 | Notice of Agenda of Matters Scheduled for Hearing Filed by Christine Shubert. Hearing scheduled for 5/16/2007 at 02:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Certificate of Service) (Rennie, Sheldon) (Entered: 05/14/2007) |
| 05/14/2007 | 4747 | Amended Notice of Agenda of Matters Scheduled for Hearing *(adjourned to 6/5/07 at 10:00 a.m.)* (related document(s)4746 ) Filed by Christine C. Shubert, as Chapter 7 Trustee. Hearing scheduled for |

| | | |
|---|---|---|
| | | 5/16/2007 at 02:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Certificate of Service) (Rennie, Sheldon) (Entered: 05/14/2007) |
| 05/15/2007 | 4748 | Motion to Approve Compromise under Rule 9019 *by and between the Chapter 7 Trustee and Wellspring Media, Inc. f/k/a Regulus International Capital Co., Inc., a Delaware corporation* Filed by Christine C. Shubert, as Chapter 7 Trustee. Hearing scheduled for 6/19/2007 at 01:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 6/8/2007. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Exhibit A to Order# 4 Certificate of Service) (Rennie, Sheldon) (Entered: 05/15/2007) |
| 05/23/2007 | 4749 | Motion to Approve Compromise under Rule 9019 *by and between Chapter 7 Trustee and Citicorp a/k/a Citicorp Industrial Credit, Inc.* Filed by Christine C. Shubert, as Chapter 7 Trustee. Hearing scheduled for 6/19/2007 at 01:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 6/8/2007. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Exhibit A to Order# 4 Certificate of Service) (Rennie, Sheldon) (Entered: 05/23/2007) |
| 05/25/2007 | 4750 | Notice of Address Change Filed by PA Department of Labor & Industry. (ALC, ) (Entered: 05/25/2007) |
| 05/31/2007 | 4751 | Reply *to the United States Trustee's Objection to Herrick and Impala's Motion to Enter into a Hedging Transaction* (related document(s)4741 ) Filed by Herrick, Feinstein LLP (Attachments: # 1 Certificate of Service) (August, John) (Entered: 05/31/2007) |
| 06/01/2007 | 4752 | Notice of Agenda of Matters Scheduled for Hearing Filed by Christine C. Shubert, as Chapter 7 Trustee. Hearing scheduled for 6/5/2007 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Certificate of Service) (Rennie, Sheldon) (Entered: 06/01/2007) |
| 06/05/2007 | 4753 | **Minutes of Hearing held on: 06/05/2007**<br>**Subject:** Motion to Enter Into Agreement to Assign a Portion of Contingency Fee.<br>(vCal Hearing ID (44394)). (related document(s) 4752) (NJH, ) Additional attachment(s) added on 6/7/2007 (LCN, ). (Entered: 06/06/2007) |
| 06/08/2007 | 4754 | Affidavit */Counsel's Supplemental Affidavit Pursuant to Fed R Bankr P 2014* (related document(s)4521, 3222, 2921 ) Filed by Herrick, Feinstein LLP. (August, John) (Entered: 06/08/2007) |
| | | |

| 06/13/2007 | 4755 | Certificate of No Objection *to the Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement by and between Christine C. Shubert, Chapter 7 Trustee, and Wellspring Media, Inc. f/k/a Regulus International Capital Co., Inc., a Delaware Corporation, Pursuant to Fed. R. Bankr. P. 9019* (related document(s)4748 ) Filed by Christine C. Shubert, as Chapter 7 Trustee. (Rennie, Sheldon) (Entered: 06/13/2007) |
| --- | --- | --- |
| 06/13/2007 | 4756 | Certificate of No Objection *to the Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement by and between Christine C. Shubert, Chapter 7 Trustee, and Citicorp a/k/a Citicorp Industrial Credit, Inc., Pursuant to Fed. R. Bankr. P. 9019* (related document(s) 4749 ) Filed by Christine C. Shubert, as Chapter 7 Trustee. (Rennie, Sheldon) (Entered: 06/13/2007) |
| 06/13/2007 | 4757 | Notice of Agenda of Matters Scheduled for Hearing Filed by Christine Shubert. Hearing scheduled for 6/19/2007 at 01:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Certificate of Service) (Rennie, Sheldon) (Entered: 06/13/2007) |