# EXHIBIT E

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

(212) 446-4800

www.kirkland.com

Yosef J. Riemer
To Call Writer Directly:
212-446-4802
yriemer@kirkland.com

Facsimile:
(212) 446-4900

Dir. Fax: 212 446-4900

June 4, 2007

**By Federal Express and U.S. Mail**

Timothy R. Graham
Executive Vice President
Winstar Communications, Inc.
Winstar Wireless, Inc.
685 Third Avenue
Suite 3100
New York, New York 10017

Christine Shubert
Trustee, Winstar Communications, Inc.
Fox Rothschild LLP
919 North Market Street
Suite 1300
P.O. Box 2323
Wilmington, Delaware 19899-2323

      Re:    Notification of Indemnification

Dear Mr. Graham and Ms. Shubert:

Pursuant to Attachment A to the Agreement dated July 26, 2001 between The Blackstone Group L.P. ("Blackstone), Winstar Communications, Inc., Winstar Wireless, Inc., and their affiliates, I write today to inform you of our receipt, on May 22, 2007, of a complaint commencing an action against Blackstone in Supreme Court for the County of New York. For your convenience, I am enclosing a copy of the aforementioned Agreement, Attachment A thereto, and the complaint. The case has now been removed by Impala Partners from Supreme Court to the United States District Court for the Southern District of New York, and we anticipate that a motion will be filed shortly requesting a transfer of venue back to the federal courts in Delaware.

Please consider this letter to be notification to you of our intention to enforce our contractual right to indemnification for any losses, claims, damages, expenses and liabilities that already have been or in the future will be incurred by Blackstone in connection with this suit.

Plaintiffs in this action, *Winstar Holdings, LLC & IDT Corp. v. The Blackstone Group, L.P.; Impala Partners, LLC; & Citicorp*, No. 601582/07, allege that Blackstone, in its advisory role

KIRKLAND & ELLIS LLP

June 4, 2007
Page 2

during the asset sale of Winstar Communications, Inc. ("Old Winstar"), conspired with the other defendants to defraud Plaintiffs by making material misrepresentations about the status of Old Winstar's business. Specifically, Plaintiffs bring claims for fraud, aiding and abetting fraud, negligent misrepresentation, negligence, and civil conspiracy. As these allegations arise out of Blackstone's engagement under the July 26, 2001 Agreement they are within the scope of the Indemnification Agreement attached thereto.

Sincerely yours,

Yosef J. Riemer