UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WINSTAR HOLDINGS, LLC and IDT CORP.,**<br><br>      *Plaintiffs*,<br><br>- against -<br><br>**THE BLACKSTONE GROUP L.P.; IMPALA PARTNERS, LLC; and CITICORP,**<br><br>      *Defendants*. | Case No.:   07 CV 4634 (GEL)(AJP)<br><br>ECF Case |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant The Blackstone Group L.P.

I certify that I am admitted to practice in this court.


Dated: June 21, 2007

/s Vickie Reznik
_____

Vickie Reznik (VR 1897)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

*Attorneys for Defendant*
*The Blackstone Group L.P.*