UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WINSTAR HOLDINGS, LLC and IDT CORP.**, <br><br> *Plaintiffs*, <br><br> - against - <br><br> **THE BLACKSTONE GROUP L.P.; IMPALA PARTNERS, LLC; and CITICORP,** <br><br> *Defendants*. | Case No.:    07 CV 4634 (GEL)(AJP) <br><br> ECF Case |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant The Blackstone Group L.P.

I certify that I am admitted to practice in this court.

Dated: June 21, 2007

/s David S. Flugman
_____

David S. Flugman (DF 9884)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Defendant*
*The Blackstone Group L.P.*