GREENBERG TRAURIG, LLP
Stephen L. Saxl (SS-1028)
William A. Wargo (WW-9417)
200 Park Avenue
New York, New York 10016
Tel.: (212) 801-9200
*Attorneys for defendant Citigroup Inc., as*
*successor by merger to Citicorp*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
WINSTAR HOLDINGS, LLC, and
IDT CORP.,

                                     Plaintiffs,        Case No. 07 Civ. 4634 (GEL) (AJP)

          -against-                                **RULE 7.1**
                                                               **DISCLOSURE STATEMENT**
THE BLACKSTONE GROUP LP;
IMPALA PARTNERS, LLC; and
CITICORP,

                                    Defendants.
-------------------------------------------------------------------- x

       Pursuant to Rule 7.1, Fed. R. Civ. P., the undersigned attorneys of record for defendant Citigroup Inc., as successor by merger to Citicorp (the "Defendant"), certify that Defendant is a publicly held corporation. Defendant has no parent corporation and no publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
          June 21, 2007

                                                    GREENBERG TRAURIG, LLP

                                                    By: <u>s/ Stephen L. Saxl</u>
                                                         Stephen L. Saxl (SS-1028)
                                                         William A. Wargo (WW-9417)
                                                    200 Park Avenue
                                                    New York, New York  10166
                                                    Tel: (212) 801-9200
                                                    *Attorneys for defendant Citigroup Inc., as*
                                                     *successor by merger to Citicorp*