≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Winstar Holdings, LLC

v.

The Blackstone Group LP

APPEARANCE

Case Number: 07 Civ. 4634 (GBL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Citigroup, as successor by merger to Citicorp.

I certify that I am admitted to practice in this court.

| June 22, 2007 | *signature* |
|---|---|
| Date | Signature |
| | William A. Wargo — WW 9417 |
| | Print Name — Bar Number |
| | Greenberg Traurig, LLP - 200 Park Avenue |
| | Address |
| | New York, NY 10166 |
| | City / State / Zip Code |
| | (212) 801-3115 — (212) 801-6400 |
| | Phone Number — Fax Number |