AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Winstar Holdings, LLC

v.

The Blackstone Group LP

**APPEARANCE**

Case Number: 07 Civ. 4634 (GBL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Citigroup, as successor by merger to Citicorp.

I certify that I am admitted to practice in this court.

June 22, 2007
Date

*[Signature]*
Signature

Stephen L. Saxl        SS 1028
Print Name             Bar Number

Greenberg Traurig, LLP - 200 Park Avenue
Address

New York        NY        10166
City            State     Zip Code

(212) 801-2184          (212) 805-9371
Phone Number            Fax Number