UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINSTAR HOLDINGS, LLC and IDT CORP., *Plaintiffs*, - against - THE BLACKSTONE GROUP L.P.; IMPALA PARTNERS, LLC; and CITICORP, *Defendants*. | Case No.: 07 CV 4634 (GEL)(AJP) ECF Case |

## CERTIFICATE OF SERVICE

I, Omar W. Ruffin, the undersigned certify under penalty of Perjury, that on June 22, 2007, I caused a true and correct copy of the attached Joint Notice of Motion, Declaration of David S. Flugman and Memorandum of Law in Support of the Joint Motion by all Defendants to Transfer Venue to the United States District Court for the District of Delaware to be served upon:

**By Hand:**
Philip C. Silverberg
Gretchen Henniger
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486
*Attorneys for Plaintiffs*

**By FedEx/Overnight Mail:**
Melissa Roover
Grayson & Kubli, P.C.
1420 Spring Hill Road, Suite 230
McLean, VA 22102
*Attorneys for Plaintiffs*

Omar W. Ruffin, MPA
Legal Assistant