Andrew C. Gold
Stephen M. Rathkopf
HERRICK, FEINSTEIN LLP
Attorneys for Impala Partners, LLC
2 Park Avenue
New York, NY  10016
212.592.1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| WINSTAR HOLDINGS, LLC and IDT CORP., | : : : | Case No.: 07 Civ. 4634 (GEL) ECF Case |
| Plaintiffs, | : : | **NOTICE OF APPEARANCE** |
| -against- | : : | |
| THE BLACKSTONE GROUP LP; IMPALA PARTNERS, LLC; and CITICORP, | : : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby appears as counsel for Defendant Impala Partners, LLC ("Impala"), in the above-captioned action, and demands that all notices and other correspondence given or required to be given to Impala in this case, be served upon the undersigned attorneys on Impala's behalf, at the address set forth below.

Dated:  June 25, 2007

                HERRICK, FEINSTEIN LLP

              By /s/ Andrew C. Gold
                 Andrew C. Gold
                 Stephen M. Rathkopf
                 2 Park Avenue
                 New York, NY  10016
                 Phone:  212.592.1400

                 *Attorneys for Impala Partners, LLC*

TO:

Grayson & Kubli, P.C.
Melissa Roover
1420 Spring Hill Road, Suite 230
McLean, VA 22102


Mound Cotton Wollan & Greengrass
Philip C. Silverberg
Gretchen Henninger
One Battery Park Plaza
New York, NY 10004-1486

Kirkland & Ellis LLP
Yosef Riemer
Vickie Reznik
David Flugman
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Greenberg Traurig, LLP
Stephen L. Saxl
William A. Wargo
200 Park Avenue
New York, NY 10166

HF 3689956v.1 #10069/0007