AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

WINSTAR HOLDINGS, LLC and
IDT CORP.,

**APPEARANCE**

　　　　　*Plaintiffs*,

v.

Case Number:  07 Civ. 4634 (GBL)

THE BLACKSTONE GROUP L.P.;
IMPALA PARTNERS, LLC; and
CITICORP,

　　　　　*Defendants*.

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for

　　Plaintiffs Winstar Holdings, LLC and IDT Corp.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/27/2007 | *(signature)* |
| Date | Signature |
| | Melissa Roover      MR-1163 |
| | Print Name      Bar Number |
| | Grayson & Kubli, P.C. - 1420 Spring Hill Rd, Suite 230 |
| | Address |
| | McLean      VA      22102 |
| | City      State      Zip Code |
| | (703) 749-0000      (703) 442-8672 |
| | Phone Number      Fax Number |