UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WINSTAR HOLDINGS, LLC and
IDT CORP.,

                     Plaintiff,

    -against-

THE BLACKSTONE GROUP LP; IMPALA
PARTNERS, LLC; AND CITICORP

                     Defendants.
------------------------------------------------------------x

Civ. No.: 07 CV 4634 (GEL)

ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cohen Tauber Spievack & Wagner LLP hereby enters its appearance in this action on behalf of Plaintiffs Winstar Holdings, LLC and IDT Corp., and requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
       June 26, 2007

                                    COHEN TAUBER SPIEVACK & WAGNER, LLP

                         By: _____
                                Joseph M. Vann (JMV 7601)
                                Jed Lewin (JL 2428)
                                Attorney for Plaintiffs
                                420 Lexington Avenue, 24th Floor
                                New York, New York 10170
                                (212) 586-5800

                                     and

{00004387.DOC;1}

GRAYSON & KUBLI, P.C.
Melissa Roover (ML 1163)
Attorney for Plaintiffs
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
(703) 749-0000