UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WINSTAR HOLDINGS, LLC and
IDT CORP.,

                    Plaintiff,

    -against-

THE BLACKSTONE GROUP LP; IMPALA
PARTNERS, LLC; AND CITICORP

                    Defendants.
------------------------------------------------------------x

Civ. No.: 07 CV 4634 (GEL)

ECF Case

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Winstar Holdings, LLC and IDT Corp., certify that Winstar Holdings, LLC is a wholly-owned subsidiary of IDT Corp., a publicly traded company under the ticker symbol "IDT."

Dated: New York, New York
       June 26, 2007

                              COHEN TAUBER SPIEVACK & WAGNER, LLP

                 By:     _____
                              Joseph M. Vann (JMV 7601)
                              Jed Lewin (JL 2428)
                              Attorney for Plaintiffs
                              420 Lexington Avenue, 24th Floor
                              New York, New York 10170
                              (212) 586-5800

                              and

GRAYSON & KUBLI, P.C.
Melissa Roover (ML 1163)
Attorney for Plaintiffs
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
(703) 749-0000

{00004518.DOC; 1}