UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WINSTAR HOLDINGS, LLC and
IDT CORP.,

                         Plaintiff,

    -against-

THE BLACKSTONE GROUP LP; IMPALA
PARTNERS, LLC; AND CITICORP

                         Defendants.
-----------------------------------------------------------------x

Civ. No.: 07 CV 4634 (GEL)
ECF Case

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       JL 2428

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Anderson Kill & Olick, P.C

    To:    Cohen Tauber Spievack & Wagner LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐   *Address:*  **Cohen Tauber Spievack & Wagner LLP, 420 Lexington Ave., New York, New York 10170**

☐   *Telephone Number:*  (212) 586-5800\

☐   *Fax Number:*  (212) 586-5096

☐   *E-Mail Address:*  JLewin@ctstwlaw.com

Dated: 6/28/07

{00004893.DOC; 1}