UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
WINSTAR HOLDINGS, LLC and
IDT CORP.,

                                              Civ. No.: 07 CV 4634 (GEL)
                     Plaintiff,                   ECF Case

       -against-

THE BLACKSTONE GROUP LP; IMPALA
PARTNERS, LLC; AND CITICORP

                    Defendants.
---------------------------------------------------------------x

## PLAINTIFFS' MOTION TO REMAND

       Plaintiffs Winstar Holdings, LLC and IDT Corp. ("Plaintiffs") hereby respectfully request that the Court enter an order:  (a) acknowledging no right of removal for lack of "relatedness" under 28 U.S.C. §1334(b) or pursuant to the mandatory abstention provisions of §1334(c)(2); or, in the alternative, (b) abstaining from exercising this Court's jurisdiction pursuant to permissive abstention under §1334(c)(1) or equitably under §1452(b), and remanding the Lawsuit to the Supreme Court of the State of New York.  The Court also should deny Impala's "request" to transfer this Lawsuit the Bankruptcy Court of the District of Delaware.

Dated: New York, New York
July 1, 2007

                    Respectfully submitted,

           ___s/ Joseph M. Vann_____

           Joseph M. Vann (JMV 7601)
           Jed Lewin (JL 2428)
           COHEN TAUBER SPIEVACK &
           WAGNER, LLP
           420 Lexington Avenue, 24th Floor
           New York, New York 10170
           (212) 586-5800

                -and-

          ____s/Melissa A. Roover_____
          Alan M. Grayson, of counsel
          Melissa A. Roover (MR 1163)
          GRAYSON & KUBLI, P.C.
         Attorneys for Plaintiff
       1420 Spring Hill Road, Suite 230
       McLean, Virginia 22102
       (703) 749-0000

Attorneys for Plaintiffs