Exhibit 2

**LEAD, MEGA, APPEAL, CONVERTED, CLMSAGNT, Sealed Doc(s)**

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Bankruptcy Petition #: 01-01430-KJC

*Assigned to:* Kevin J. Carey
Chapter 7
Previous chapter 11
Voluntary
Asset

*Date Filed:* 04/18/2001
*Date Converted:* 01/24/2002

*Debtor*
**WINSTAR COMMUNICATIONS, INC.**
685 Third Avenue
New York, NY 10017
SSN:
Tax id: 13-3585278

represented by **Brendan Linehan Shannon**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
usa
302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com
*TERMINATED: 10/18/2006*

**Christopher A. Ward**
The Bayard Firm
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
usa
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**David C. Albalah**
Bracewell & Giuliani LLP
1177 Avenue of Americas
New York, NY 10036
212-508-6100
Fax : 212-508-6101
Email:
david.albalah@bracewellgiuliani.com

**Edward J. Kosmowski**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
usa
302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Edwin J. Harron**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
usa
302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**M. Blake Cleary**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
usa
302-571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Michael R. Lastowski**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
302-657-4900
Fax : 302-657-4901
Email: mlastowski@duanemorris.com

**Michael G. Menkowitz**
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, PA 19103
usa
215-299-2756
Fax : 215-299-2150
Email: mmenkowitz@frof.com

**Pauline K. Morgan**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391
usa
302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Sheldon K. Rennie**

|  |  |  |
|---|---|---|
|  |  | Fox Rothschild LLP<br>919 market Street<br>Suite 1300<br>Wilmington, DE 19801<br>302-654-7444<br>Fax : 302-656-8920<br>Email: bankruptcy@frof.com<br><br>**William K. Harrington**<br>Duane Morris, LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>302-657-4900<br>Fax : 302-657-4901 |
| *Trustee*<br>**Christine Shubert**<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>856-983-7735 | represented by | **Francis G. X. Pileggi**<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>usa<br>302-654-7444<br>Fax : 302-656-8920<br>Email: fpileggi@foxrothschild.com<br>*TERMINATED: 12/03/2004*<br><br>**James F. Bailey, Jr**<br>James F. Bailey & Associates, P.A.<br>Suite 306A<br>3 Mill Road<br>Wilmington, DE 19806<br>302-658-5686<br>Fax : 302-658-8051<br>*TERMINATED: 10/26/2006*<br><br>**Jonathan M. Stemerman**<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>215-665-2142<br>Fax : 215-701-2241<br>Email: jstemerman@cozen.com<br><br>**L. Jason Cornell**<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>302-654-7444<br>Fax : 302-656-8920<br>Email: jcornell@frof.com |

**Magdalena Schardt**
Fox Rothschild O'Brien & Frankel LL
2000 Market Street
10th Floor
Philadelphia, PA 19103
usa
215-299-2009
Fax : 215-299-2150
Email: mschardt@frof.com

**Michael G. Menkowitz**
(See above for address)

**Raymond Howard Lemisch**
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801
302.442.7010
Fax : 302.442.7012
Email: rlemisch@bfca.com

**Raymond Howard Lemisch**
Adelman Lavine Gold and Levin, PC
919 N. Market Street, Suite 710
Wilmington, DE 19801
302-654-8200
Fax : 302-654-8217
Email: rlemisch@adelmanlaw.com

**Sheldon K. Rennie**
Fox Rothschild LLP
919 N. Market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: srennie@foxrothschild.com

**Sheldon K. Rennie**
Fox Rothschild
919 North Market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: bankruptcy@frof.com

**Sheldon K. Rennie**
(See above for address)

| | |
|---|---|
| *Trustee* <br> **Christine C. Shubert, as Chapter 7 Trustee** | represented by **Daniel K. Astin** <br> Fox Rothschild LLP <br> 919 N. Market Street <br> Suite 1300 <br> P.O. Box 2323 <br> Wilmington, DE 19899 <br> 302-622-4212 <br> Fax : 302-658-6395 <br> Email: dastin@foxrothschild.com <br><br> **Magdalena Schardt** <br> (See above for address) <br><br> **Raymond Howard Lemisch** <br> (See above for address) <br><br> **Sheldon K. Rennie** <br> (See above for address) <br><br> **Sheldon K. Rennie** <br> (See above for address) |
| *U.S. Trustee* <br> **U.S. TRUSTEE** <br> Office of the U.S. Trustee <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> 302-573-6491 | |
| *Creditor Committee* <br> **Former Counsel to the Official Committee of Unsecured Creditors** | represented by **Christopher A. Ward** <br> The Bayard Firm <br> 222 Delaware Avenue <br> Suite 900 <br> Wilmington, DE 19899 <br> usa <br> 302-655-5000 <br> Fax : 302-658-6395 <br> Email: bankserve@bayardfirm.com |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 04/18/2001 | 1 | VOLUNTARY Petition Under Chapter 11 with Exhibit A, List of Creditors Holding 20 Largest Unsecured Claims, Declaration and Certificate of Resolutions, [BG], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 04/18/2001) |

| | | |
|---|---|---|
| | | Amount $15. Filed by WINSTAR COMMUNICATIONS, INC.. Hearing scheduled for 1/24/2002 at 02:30 PM (check with court for location). (Morgan, Pauline) Modified on 1/29/2002 (LML, ). (Entered: 01/24/2002) |
| 01/24/2002 | 1910 | Motion to Shorten Time *Regarding Docket No. 1909* Filed by WINSTAR COMMUNICATIONS, INC.. Hearing scheduled for 1/24/2002 at 02:30 PM (check with court for location). (Morgan, Pauline) (Entered: 01/24/2002) |
| 01/24/2002 | 1911 | Objection to Motion *for Order (a) Under 11 U.S.C. ?365 Rejecting a Certain Unexpired Lease of Nonresidential Real Property and (B) Under 11 U.S.C. ? 554 Abandoning to Secured Creditor Equipment Located at Leased Premises* Filed by Winstar Holdings, LLC. (Attachments: # 1 Certificate of Service # 2 Service List) (Harrington, William) (Entered: 01/24/2002) |
| 01/24/2002 | 1912 | Rule 2019 Statement *First Amended Verified Statement Of Saul Ewing LLP Pursuant To Bankruptcy Rule 2019* Filed by Saul Ewing LLP. (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 01/24/2002) |
| 01/24/2002 | 1913 | Limited Objection to Motion *[Limited Objection of Secured Creditor Lucent Technologies Inc. to Motions Requesting Immediate Payment of Administrative Claims [Re: Docket Nos. 1851 and 1884]]* Filed by Lucent Technologies. (Heath, Paul) (Entered: 01/24/2002) |
| 01/24/2002 | 1914 | Objection to Motion *OBJECTION OF ELECTRIC LIGHTWAVE, INC. TO THE MOTION OF 1710 BROADWAY, INC. FOR ORDER COMPELLING IMMEDIATE PAYMENT OF POST- PETITION OBLIGATIONS PURSUANT TO 11 U.S.C. Sec. 365(d)(3)* Filed by Electric Lightware, Inc.. (Attachments: # 1 Certificate of Service) (Sullivan, Brian) (Entered: 01/24/2002) |
| 01/24/2002 | 1915 | Objection to Motion *OBJECTION OF ELECTRIC LIGHTWAVE, INC. TO THE MOTION OF BRIGHT PROPERTIES WEST, INC. TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM, OR IN THE ALTERNATIVE, COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE* Filed by Electric Lightware, Inc.. (Attachments: # 1 Certificate of Service) (Sullivan, Brian) (Entered: 01/24/2002) |
| 01/24/2002 | 1916 | Notice of Withdrawal *Notice of Withdrawal of Motion Without Prejudice* Filed by Hines Interests, L.P. (related document(s)1591). (Zahralddin-Aravena, Rafael) (Entered: 01/24/2002) |
| 01/24/2002 | 1917 | Motion to Appear pro hac vice *for George H. Barber, Esquire on behalf of Aptis, Inc. f/n/a Concepts Systems, Inc.* Filed by Aptis, Inc. f/k/a Concepts Systems, Inc.. (Stickles, J.) (Entered: 01/24/2002) |
| 01/24/2002 | 1919 | Order signed on 1/24/2002 Converting Case To Chapter 7, Reaffirming Regulatory Transition Process Under Asset Sale Order Dated 12/19/01, Shortening Time For & Approving The Manner Of Notice Of Meeting Of Creditors Under Bankruptcy Code Section 341 & Granting Related Relief (related document(s)1909). (LKG, ) (Entered: 01/25/2002) |