UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
:
WINSTAR HOLDINGS, LLC AND :
IDT CORP., :
 :
     *Plaintiffs,* :
 :
  v. : Case No. 07 CV 4634 (GEL)(AJP)
 :
THE BLACKSTONE GROUP L.P.; : ECF Case
IMPALA PARTNERS, LLC; AND :
CITICORP, :
 :
     *Defendants.* :
------------------------------------------------------X

**AMENDED CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANT THE BLACKSTONE GROUP L.P.**

     Pursuant to Fed. R. Civ. P. 7.1(b)(2), The Blackstone Group L.P. supplements its Corporate Disclosure Statement filed on June 21, 2007 as follows:

     1.    As of March 12, 2007, the entity formerly known as "The Blackstone Group L.P." was renamed "Blackstone Advisory Services L.P."  Until June 22, 2007, the parent company of Blackstone Advisory Services L.P. (f/k/a The Blackstone Group L.P.) was "The Blackstone Group, Inc."

     2.    On June 22, 2007, there was an Initial Public Offering for "The Blackstone Group L.P." on the New York Stock Exchange.  As of that date, the ultimate parent company of Blackstone Advisory Services L.P. is "The Blackstone Group L.P."

3. The Blackstone Group L.P. is a publicly traded entity which holds a 10 percent or greater interest in Blackstone Advisory Services L.P.

Date: July 6, 2007                               Respectfully submitted,

s/ David S. Flugman
Yosef J. Riemer (YR 5974)
Vickie Reznik (VR 1897)
David S. Flugman (DF 9884)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800
(212) 446-4900 Fax

*Attorneys for Defendant*
*The Blackstone Group LP*