UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WINSTAR HOLDINGS, LLC and
IDT CORP.,

                Plaintiffs,

       -against-

THE BLACKSTONE GROUP LP; IMPALA
PARTNERS, LLC; AND CITICORP

                Defendants.

----------------------------------------------------------------x

Civ. No.: 07 CV 4634 (GEL)

**STIPULATION RE BRIEFING
SCHEDULE**

       **IT IS HEREBY STIPULATED AND AGREED** by and among plaintiffs

Winstar Holdings, LLC and IDT Corp., and defendants The Blackstone Group LP

("Blackstone"), Impala Partners, LLC ("Impala"), and Citicorp, by and through their

undersigned counsel, that the following briefing schedule shall apply to Defendants' Joint

Motion to Transfer Venue, filed on June 21, 2007, and Plaintiffs' Motion to Remand, filed on

July 1, 2007:

| | |
|---|---|
| July 19, 2007 - | Deadline for Plaintiffs' Opposition to Motion to Transfer Venue |
| July 31, 2007 - | Deadline for Defendants' Opposition to Motion to Remand |
| August 2, 2007 - | Deadline for Defendants' Reply in Further Support of Motion to Transfer Venue |
| August 13, 2007- | Deadline for Plaintiffs' Reply in Further Support of Motion to Remand. |

Facsimile signatures herein shall be deemed originals.

Dated: New York, New York
July 6, 2007

COHEN TAUBER SPIEVACK & WAGNER, LLP KIRKLAND & ELLIS LLP

_____
Joseph M. Vann
Jed Lowin
420 Lexington Avenue, 24th Floor
New York, New York 10170
Telephone: (212) 586-5800

and

Alan M. Grayson, Of Counsel
Melissa A. Roover
GRAYSON & KUBLI, P.C
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Telephone: (703) 749-0000

*Attorneys for Plaintiffs*
*Winstar Holdings, LLC and*
*IDT Corp.*

_____
Yosef Riemer
Vickie Reznik
David Flugman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant The Blackstone*
*Group LP*

HERRICK, FEINSTEIN LLP

_____
Stephen M. Rathkopf
Andrew C. Gold
John Oleske
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant Impala Partners*
*LLC*

GREENBERG TRAURIG, LLP

_____
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Teephone.: (212) 801-2184
Facsimile: (212) 805-9371

*Attorneys for Defendant Citicorp*

**SO ORDERED:**

Dated: New York, New York
July ___, 2007

_____
GERARD E. LYNCH
United States District Court Judge

(00005330.DOC; 1)

Dated: New York, New York
July 6, 2007

COHEN TAUBER SPIEVACK & WAGNER, LLP KIRKLAND & ELLIS LLP

_____
Joseph M. Vann
Jed Lewin
420 Lexington Avenue, 24th Floor
New York, New York 10170
Telephone: (212) 586-5800

**and**

Alan M. Grayson, Of Counsel
Melissa A. Roover
GRAYSON & KUBLI, P.C
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Telephone: (703) 749-0000

*Attorneys for Plaintiffs*
*Winstar Holdings, LLC and*
*IDT Corp.*

_____
Yosef Riemer
Vickie Reznik
David Flugman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant The Blackstone*
*Group LP*


HERRICK, FEINSTEIN LLP

_____
Stephen M. Rathkopf
Andrew C. Gold
John Oleske
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant Impala Partners*
*LLC*


GREENBERG TRAURIG, LLP

_____
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Teephone.: (212) 801-2184
Facsimile: (212) 805-9371

*Attorneys for Defendant Citicorp*

**SO ORDERED**:

Dated: New York, New York
July ___, 2007

_____
GERARD E. LYNCH
United States District Court Judge

Dated: New York, New York
       July 6, 2007

COHEN TAUBER SPIEVACK & WAGNER, LLP    KIRKLAND & ELLIS LLP

_____

Joseph M. Vann
Jed Lewin
420 Lexington Avenue, 24th Floor
New York, New York 10170
Telephone: (212) 586-5800

and

Alan M. Grayson, Of Counsel
Melissa A. Roover
GRAYSON & KUBLI, P.C
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Telephone: (703) 749-0000

*Attorneys for Plaintiffs*
*Winstar Holdings, LLC and*
*IDT Corp.*

Yosef Riemer
Vickie Reznik
David Flugman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant The Blackstone*
*Group LP*

HERRICK, FEINSTEIN LLP

Stephen M. Rathkopf
Andrew C. Gold
John Oleske
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Defendant Impala Partners*
*LLC*

GREENBERG TRAURIG, LLP

_____

Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Teephone.: (212) 801-2184
Facsimile: (212) 805-9371

*Attorneys for Defendant Citicorp*

**SO ORDERED**:

Dated: New York, New York
       July 6, 2007

_____
GERARD E. LYNCH
United States District Court Judge

{00005330.DOC; 1}